197 So.2d 79

### Jack N. DYER
v.
### Alvin J. DAVIS et al.

No. 48405.

April 14, 1967.

In re: Jack N. Dyer applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 678.

Writ refused. The result is correct.

197 So.2d 79

### Henry J. BERLUCHAUX, Jr.
v.
### EMPLOYERS MUTUAL OF WAUSAU, H. B. "Buster" Hughes, Inc., Hess Oil & Chemical Company, The Travelers Insurance Company.

No. 48623.

April 14, 1967.

In re: Henry J. Berluchaux, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 194 So.2d 463.

Writ refused. The result is correct.

SANDERS, J., is of the opinion a writ should be granted. The legal question raised is one on which this Court should speak. LSA–C.C. Art. 2315; see Dixie Drive It Yourself Sys. v. American Beverage Co., 242 La. 471, 137 So.2d 298; Maggiore v. Laundry & Dry Cleaning Service, La.App., 150 So. 394; Ross v. Hartman, 78 App.D.C. 217, 139 F.2d 14, 158 A.L.R. 1370; Ney v. Yellow Cab Co., 2 Ill.2d 74, 117 N.E.2d 74; Garbo v. Walker, Ohio Com.Pl., 129 N.E.2d 537. Compare Richards v. Stanley, 43 Cal. 2d 60, 271 P.2d 23.